

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00358-CV

| | | |
|---|---|---|
| KATIM ENDEAVORS, INC., Appellant | § | On Appeal from |
| | § | County Court at Law No. 3 |
| V. | § | of Tarrant County (2017-007142-3) |
| | § | August 29, 2019 |
| LOCKHEART CHAPEL, INC., Appellee | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack